No. 90–7513. BLACK *v.* DEAN WITTER REYNOLDS INC. C. A. 4th Cir. Certiorari denied.

No. 90–7517. PITTS *v.* MEANS. Ct. Civ. App. Ala. Certiorari denied.

No. 90–7519. GREEN *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 90–7525. VINIK *v.* MIDDLESEX COUNTY PROBATION DEPARTMENT ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–7527. GORENC *v.* PINAL COUNTY, ARIZONA, SHERIFFS OFFICE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–7528. GRAVES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–7529. ANDERSON *v.* WILLIAMS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–7531. BROWDER *v.* CASTLEN ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–7532. RODRIGUEZ *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 90–7535. BARKER *v.* ESTELLE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 90–7537. ASCH *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH INC. C. A. 3d Cir. Certiorari denied.

No. 90–7540. MCDONALD *v.* SULLIVAN. C. A. 10th Cir. Certiorari denied.

No. 90–7542. MONTGOMERY *v.* INDIANA DEPARTMENT OF CORRECTIONS ET AL. C. A. 7th Cir. Certiorari denied.